In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-390 CR


 ______________________



JIMMY EARL THOMAS, Appellant 



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Court Nos. 08-03356






MEMORANDUM OPINION


 On August 11, 2008, the trial court sentenced Jimmy Earl Thomas on a conviction for
aggravated robbery. Thomas filed a notice of appeal on September 9, 2008. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals.

 On September 10, 2008, we notified the parties that we would dismiss the appeal 
unless an amended certification was filed within fifteen days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 


 _________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered October 22, 2008 

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.